UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
TONY DAVIS,

        Plaintiff,

    -against-

ST. JOHN'S UNIVERSITY, et al.,

        Defendants.
-------------------------------------------------X
LEVY, United States Magistrate Judge:

      O R D E R
      26 CV 3960 (RML)

    Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is

granted. The Clerk of Court is directed to issue a summons against the defendants, and the United

States Marshals Service is directed to serve the summons, the complaint, and a copy of this Order

on the defendants without prepayment of fees.

    SO ORDERED.

                          ROBERT M. LEVY
                          United States Magistrate Judge

Dated: Brooklyn, New York
      July 9, 2026